The judgment of District Court is, therefore, affirmed with costs.

---

### ST. VICTOR BARRET *v.* NEW ORLEANS INSURANCE COMPANY OF NEW ORLEANS.

APPEAL from the Fifth District Court of New Orleans. *Buchanan, J. Dufour,* for plaintiff. *Benjamin & Micou,* for defendants and appellants.

EUSTIS, C. J.   This is an action on a policy of insurance on goods shipped on board the schooner W. C. Preston.   The facts do not appear to be materially different from those disclosed in the case of *Lapène & Ferré,* just decided.

For the reasons given in the opinion filed in that case, the judgment appealed from is affirmed with costs.